UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JESSICA HOGAN,

    Plaintiff,

v.

    Civil Action 2:15-cv-2883
    Judge Algenon L. Marbley
    Magistrate Judge Elizabeth P. Deavers

CLEVELAND AVE RESTAURANT INC.
dba SIRENS, *et al.*,

    Defendants.

## OPINION AND ORDER

For good cause shown, the parties' Joint Motion to Stay Supplemental Briefing on Fees is **GRANTED**. (ECF No. 95.) Accordingly, the parties are **DIRECTED** to file briefing on the awarded fees or an agreement on the fee amount **FOURTEEN (14) DAYS** after the Court rules on Plaintiff's pending objections.

**IT IS SO ORDERED.**

Date: July 10, 2017

    /s/ *Elizabeth A. Preston Deavers*
    ELIZABETH A. PRESTON DEAVERS
    UNITED STATES MAGISTRATE JUDGE