# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JESSICA HOGAN,**

    **Plaintiff,**

    v.

                                              **Civil Action 2:15-cv-2883**
                                              **Judge Algenon L. Marbley**
                                              **Magistrate Judge Elizabeth P. Deavers**

**CLEVELAND AVE RESTAURANT INC.**
**dba SIRENS,** *et al.,*

    **Defendants.**

## OPINION AND ORDER

For good cause shown, Plaintiff's Unopposed Motion for Extension of Time is **GRANTED**.  (ECF No. 101.)  Accordingly, if Defendants', Buckeye Association of Club Executives and the Owner's Coalition, Motion for Protective Order is granted, Plaintiff has **FOURTEEN (14) DAYS** for the order granting the motion to file her motion for class and collective action certification. Moreover, if Defendant's Motion for Protective Order is denied, Plaintiff has F**ORTY-FIVE (45) DAYS** from the order denying the motion to file her Motion for class and collective action certification.

    **IT IS SO ORDERED.**


Date: July 19, 2017                                      /s/ *Elizabeth A. Preston Deavers*
                                                      ELIZABETH A. PRESTON DEAVERS
                                                      UNITED STATES MAGISTRATE JUDGE