IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JESSICA HOGAN AND DEJHA VALENTINE,** *et al.*, <br><br> *on behalf of themselves and those similarly situated*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **CLEVELAND AVE RESTAURANT, INC.,** *et al.*, <br><br> **Defendants.** | Case No. 2:15-cv-2883 <br><br> **CHIEF JUDGE ALGENON L. MARBLEY** <br><br> Magistrate Judge Elizabeth P. Deavers |

## OPINION & ORDER

This matter comes before the Court on Magistrate Judge Deavers' Report and Recommendation and Certification of Facts recommending that non-party Vanity Gentleman's Club not be held in civil contempt. (ECF No. 307). The Report and Recommendation advised the parties that the failure to object within the applicable time period results in a waiver of the right to have the district judge review the Report and Recommendation de novo.  The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation. (*Id.*).

IT IS SO ORDERED.

                                                                                    _____
                                                                                    ALGENON L. MARBLEY
                                                                                    **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  March 29, 2021**