IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Jessica Hogan,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **Cleveland Ave. Restaurants, Inc.,** *et al.*, <br><br> Defendants. | Case No. 2:15-cv-2883 <br><br><br> Judge Marbley <br><br> Magistrate Judge Deavers |

ENTRY OF DEFAULT AGAINST
DEFENDANTS CENTERFOLD, BRENDA BONZO, AND RAY ALLGOOD

It appears that Defendants Centerfold, Brenda Bonzo, and Ray Allgood are in default, having failed to plead or otherwise defend in this cause of action as required by law. Now, therefore, in accordance with Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against Defendants Centerfold, Brenda Bonzo, and Ray Allgood on this 13th day of April, 2022.

CLERK OF COURT

*/s/ Jodi L. Keen*
Signature of Clerk or Deputy Clerk