IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA HOGAN, | ) | CASE NO: 2:15-CV-2883 |
| | ) | |
| Plaintiff, | ) | Judge Algenon L. Marbley |
| | ) | |
| v. | ) | |
| | ) | |
| CLEVELAND AVE. RESTAURANT, et. al, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO MOTION
FOR EXTENSION OF TIME TO COMPLY WITH ORDERS
TO PRODUCE IN DOCS #423 AND #437**
_____

Now come Defendants, by and through undersigned counsel, and hereby submit this Reply to Plaintiff's Response to Defendant's request for an extension of time. As indicated in Defendants' motion, the parties were dealing with the production issues informally when Plaintiff abruptly changed course. On September 11, 2023, undersigned counsel provided opposing counsel an update on the redaction process. Opposing counsel responded by saying:

> "Thanks, Tony, I appreciate the update. If you want to let me know what extra time you need to comply with the orders -- whether it's with the August 2 order, the September 6 order, or both -- just let me know. It shouldn't be a problem. Also, if you need different extensions for different clients, just let me know that too. Thanks.

(Email Correspondence attached.) Accordingly, Defendants were understandably caught off guard when soon thereafter opposing counsel decided there was a problem after previously stating there "shouldn't be a problem."

As can also be seen in the attached email correspondence, undersigned counsel also broached the subject of a protective order to alleviate the burden. Opposing counsel does not respond to the query, and in similar fashion did not do so in response to the motion for extension Defendants needed to file as a result of the breakdown of informal efforts by counsel.

The process of redaction is going to much more difficult than undersigned counsel anticipated, and this should be understood by opposing counsel. Without informal cooperation from the other side, court intervention is welcomed at this point. And, that intervention may need to be ongoing as suggested in the motion.

Wherefore, Defendants request that this Honorable Court allow for an extension of thirty (30) days to meet the obligations of the recent Court Orders, or some other solution that may be more effective than continual motion practice.

Respectfully submitted,

/s/Anthony R. Cicero
ANTHONY R. CICERO (0065408)
CiceroAdams, LLC
500 East Fifth Street
Dayton, Ohio 45402
Phone: (937) 424-5390
Fax: (937) 424-5393
tonycicero@gocicero.com

> robgurry@gocicero.com
> *Trial Attorney for Defendants:  Cheeks Defendants; Fantasyland West Defendants; House of Babes Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this sixth day of October, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties in this case.

> /s/ Anthony Cicero
> Anthony R. Cicero, Esq. (0065408)