# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **JESSICA HOGAN**, *et. al.*, | : | |
| | : | |
| **Plaintiffs,** | : | **Case No. 2:15-cv-02883** |
| | : | |
| **v.** | : | **Chief Judge Algenon L. Marbley** |
| | : | **Magistrate Judge Kimberly A. Jolson** |
| **CLEVELAND AVE** | : | |
| **RESTAURANT, INC.,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

These matters are before the Court on Plaintiffs' notice documents (ECF No. 439) and Defendants' Motion for Extension of Time to Produce Documents to Plaintiffs (ECF No. 440). For the reasons set forth below, Plaintiffs' notice documents are **APPROVED** *contingent* on Plaintiffs making the required edits outlined below. Additionally, Defendants' motion for extension of time is **GRANTED.**

## I.      BACKGROUND

This case involves a labor dispute between individuals who formerly worked as exotic dancers and adult entertainment clubs and associated organizations and individuals. On August 2, 2023, this Court ordered Defendants to provide to Plaintiffs the redacted versions of the following documents: (i) copies of all Lease Agreements that were executed by any dancer who performed at Cheeks, Private Dancer, Fantasyland West, and House of Babes from May 20, 2014, to the present; and (ii) copies of all "end-of-night sheets," defined as "sheets, slips, or other documents on which were recorded the identities of the dancers who performed at these clubs from May 20, 2014 to the present, and other related information." (ECF No. 423 at PageID 5300). This Court further ordered that Defendants replace each individual's personally identifiable information (PII)

with pseudonym numbers. (*Id*.). Defendants' deadline to produce the redacted documents was thirty (30) days from the Court's Order, which was September 1, 2023. (*Id*. at PageID 5301).

On September 6, 2023, this Court granted Plaintiffs' Motion to Certify as a Collective Action under the Fair Labor Standards Act ("FLSA"), a Rule 23 Class Action, and to Send Notice. (ECF No. 437). In this Court's September 6, 2023 Order, the Court ordered Plaintiff to provide to this Court, for approval, a revised set of proposed notice documents consistent with the Court's instructions. (*Id*. at PageID 5411). Additionally, this Court ordered Defendants to provide Plaintiffs, within fourteen (14) days, which was September 20, 2023, an electronic file containing the putative class members' legal first names, last-known e-mail addresses, and dates of employment since September 26, 2019. (*Id*. at PageID 5411-5412).

On September 18, 2023, Plaintiffs submitted the revised notice documents. (ECF No. 439). On September 20, 2023, Defendants filed a motion for a thirty (30) day extension (until October 20, 2023) to provide Plaintiffs' with the documents the Court ordered them produce in its August 2, 2023 Order (ECF No. 423) and September 6, 2023 Order (ECF No. 437). (ECF No. 440). Defendants explain the large amount of data involved, the fact that redactions are taking longer than expected, and their efforts to produce the documents. (*See id*.). On September 21, 2023, Plaintiffs responded in opposition to Defendants' motion for an extension. (ECF No. 441). On October 6, 2023, Defendants replied to Plaintiffs. (ECF No. 443). Plaintiffs' notice documents and Defendants' motion for extension of time are now ripe for this Court's consideration.

## II.    Notice Documents

Plaintiffs made most of the required changes for the notice documents. In the section titled "Plaintiffs' Position Is That Any 'Lease Agreement' Or Other Contract That You May Have Signed Does Not Affect Your Rights," however, Plaintiffs still need to change the third sentence

in the second paragraph to read: "Ultimately, the Court in this lawsuit will determine the validity of that provision of the Lease Agreement." (*See* ECF No. 437 at PageID 5411). Additionally, in the above referenced section, Plaintiffs need to add the phrase "Plaintiffs take the position that" or "It is Plaintiffs' position that" before every sentence that follows the sentence "This is also alleged to be false/incorrect." (*See id.*). This Court **APPROVES** Plaintiffs' notice documents *contingent* on them making those changes.

### III.     Extension of Time to Produce Documents

On November 7, 2023, this Court asked the parties if the extension of time issue was moot given that October 20, 2023 had passed. Plaintiffs' counsel advised that they had not yet received all the required documents from Defendants' counsel. Defendants' counsel informed this Court that on September 21, 2023, they sent a significant number of documents to Plaintiffs that were ordered to be produced in this Court's August 2, 2023 Order, and they were working on redactions to provide the rest of the documents as soon as possible. Defendants' counsel also stated that they planned to send the documents that were ordered to be produced in this Court's September 6, 2023 Order by November 7, 2023.

Given the large amount of data involved and Defendants' continued efforts to produce the required documents, this Court hereby **GRANTS** Defendants' motion for an extension (ECF No. 440) and **ORDERS** Defendants to provide to Plaintiffs all documents ordered to be produced in this Court's August 2, 2023 Order (ECF No. 423) and September 6, 2023 Order (ECF No. 437) by **Monday, November 27, 2023, at 5:00 p.m.**

IT IS SO ORDERED.

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: November 14, 2023**

3