IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA HOGAN, | : | Case No. 2:15-CV-2883 |
| | : | |
| Plaintiff, | : | Judge Marbley |
| | : | |
| v. | : | Magistrate Judge Deavers |
| | : | |
| CLEVELAND AVE. RESTAURANT, et. al., | : | |
| | : | NOTICE OF BANKRUPTCY FILING |
| | : | |
| Defendants. | : | |

Now comes Defendant Cleveland Avenue Café, Inc. and provides notice that a Chapter 11 Subchapter V Bankruptcy Petition was filed on November 13, 2025 in the United States Bankruptcy Court for the Southern District of Ohio, Case No. 25-55028. Please see the attached.

All proceedings in this matter, including any hearings, court ordered processes, court proceedings, etc. are stayed pursuant to 11 U.S.C. §362.

Respectfully submitted,

STATMAN HARRIS, LLC

 /s/  William B. Fecher
William B. Fecher (0039240)
35 East 7th Street, Suite 315
Cincinnati, Ohio  45202
wbfecher@statmanharris.com
*Proposed Bankruptcy Counsel for Cleveland Avenue Café, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned does hereby certify that a copy of the foregoing notice was filed with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

                                                  *William B. Fecher*
                                                  William B. Fecher (0039240)

United States Bankruptcy Court
Southern District of Ohio



# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 11/13/2025 at 4:51 PM and filed on 11/13/2025.

**Cleveland Avenue Cafe, Inc.,**
6190 Cleveland Ave.
Columbus, OH 43231
Tax ID / EIN: 81-0912566

The case was filed by the debtor's attorney:

**William B Fecher**
Statman, Harris & Eyrich, LLC
35 E. 7th Street
Ste 315
Cincinnati, OH 45202
513-621-2666

The case was assigned case number 2:25-bk-55028 to Judge Tiffany Strelow Cobb.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.ohsb.uscourts.gov/ or at the Clerk's Office, 170 North High Street, Columbus, OH 43215-2414.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Richard B. Jones
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/13/2025 17:09:31 | | | |
| **PACER Login:** | wbfecher | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 2:25-bk-55028 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |