**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JESSICA HOGAN, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **Case No. 2:15-cv-2883** |
| **v.** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **CLEVLAND AVE RESTAURANT INC., et al.,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

**COURTROOM MINUTES**
**Show Cause Hearing**

| **Judge Algenon L. Marbley** | | **Date: October 8, 2026 @ 9:30 a.m.** | |
|---|---|---|---|
| **Deputy Clerk:** | **Stephanie Hernandez** | **Counsel for Plaintiffs:** | **Andrew Biller**<br>**Special Counsel- Jeff Koberg** |
| **Court Reporter:** | **Shawna Evans** | **Defendants:** | **Mark Trimble** |

The parties appeared before the Court for a show cause hearing regarding Defendants disregard for the Orders issued by the Court.

Mr. Koberg outlined money that has been received and is still missing. Mr. Koberg answered questions from the Court.

Mr. Biller outlined the Defendants' failure to comply with the Court's prior orders. Mr. Biller answered questions from the Court.

Mr. Trimble appeared on behalf of the Defendants and responded to questions from the Court.

Court recess at 11:05 a.m. Court resumed at 11:48 a.m.

Two checks were handed to the plaintiff in the amount of $1,585.60 and $14,000 in cash.

Jay Nelson took the stand to address the Court. Francis Sharrak took the stand to address the Court. Lame Michael Sharrak took the stand to address the Court.

Mr. Trimble requested that the Defendants be granted an extension until Wednesday. If payment was not made by that time, the Defendants agree to self-surrender to the U.S. Marshals Service (USMS) by 10:00 a.m. on Wednesday. The Court DENIED the request.

For the reasons stated on the record, the Court has held Defendant's Francis Sharrak, Lame Michael Sharrak, and Jay Nelson in civil contempt since July 1, 2026 for failure to comply with the Court's prior Orders and are still in contempt. The Court further ORDERS Defendants to be incarcerated until they purge themselves of the civil contempt by paying the arrearages which is $240,891.60.

Defendants remanded to the custody of the USMS.

The hearing concluded at 12:34 p.m.